**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter ___**11**___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/19

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Nofalia, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

$\underline{7}$ $\underline{4}$ – $\underline{2}$ $\underline{6}$ $\underline{7}$ $\underline{7}$ $\underline{4}$ $\underline{8}$ $\underline{2}$

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8133 N. Mesa** | |
| Number     Street | Number     Street |
| **Suite 206** | |
| | P.O. Box |
| **Austin**              **TX**    **78759** | |
| City                    State    ZIP Code | City                        State    ZIP Code |
| **Travis** | Location of principal assets, if different from principal place of business |
| County | |
| | Number     Street |
| | |
| | City                        State    ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  **Nofalia, Inc.**                                             Case number (if known) _____

| 7. | **Describe debtor's business** | *A.  Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|

☐ Yes.  District _____  When _____  Case number _____
                                                        MM / DD / YYYY

District _____  When _____  Case number _____
                                                MM / DD / YYYY

District _____  When _____  Case number _____
                                                MM / DD / YYYY

Debtor  **Nofalia, Inc.**                                              Case number (if known) _____

| | | | |
|---|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No | |
| | | ☑ Yes. | Debtor **Trudy's Texas Star, Inc.**      Relationship **Affiliate** |
| | List all cases. If more than 1, attach a separate list. | | District **Western District of Texas Austin Divisic**   When **01/22/2020** MM / DD / YYYY |
| | | | Case number, if known **20-10108** |
| | | | Debtor _____      Relationship _____ |
| | | | District _____   When _____ MM / DD / YYYY |
| | | | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number     Street

_____

_____
City        State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 3

Debtor  **Nofalia, Inc.** _____  Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| | | ☐ 200-999 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **15.** | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

| | | | | | |
|---|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/12/2020** _____
     MM / DD / YYYY

X  **/s/ Stephen Truesdell** _____     **Stephen Truesdell** _____
     Signature of authorized representative of debtor     Printed name

Title  **Authorized Representative** _____

**18.  Signature of attorney**

X  **/s/ Stephen W. Sather** _____     Date  **02/12/2020** _____
     Signature of attorney for debtor     MM / DD / YYYY

**Stephen W. Sather** _____
Printed name

**Barron & Newburger, P.C.** _____
Firm name

**7320 N. Mopac Expwy., Suite 400** _____
Number     Street

_____

**Austin** _____     **TX** ____     **78731** _____
City     State     ZIP Code

**(512) 476-9103** _____     **ssather@bn-lawyers.com** _____
Contact phone     Email address

**17657520** _____     **TX** ____
Bar number     State

---

**Fill in this information to identify the case**

Debtor name      **Nofalia, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| **All cash or cash equivalents owned or controlled by the debtor** | | |

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Chase Bank #6618** | **Checking account** | 6  6  1  8 | $550.99 |

4.  **Other cash equivalents**     *(Identify all)*

   Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.                    $550.99

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes.  Fill in the information below.

Debtor  **Nofalia, Inc.**                                              Case number (if known) _____
_____
Name

Current value of
debtor's interest

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**                                                                                          $0.00
Add lines 7 through 8.  Copy the total to line 81.

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.   Accounts receivable**

11a.  90 days old or less: _____ – _____ = ............. ➔ _____
                           face amount            doubtful or uncollectible accounts

11b.  Over 90 days old: _____ – _____ = ............. ➔ _____
                         face amount            doubtful or uncollectible accounts

**12.   Total of Part 3**                                                                                         $0.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method          Current value of
used for current value    debtor's interest

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.   Total of Part 4**                                                                                         $0.00
Add lines 14 through 16.  Copy the total to line 83.

## Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor    __Nofalia, Inc._____    Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  __Nofalia, Inc._____  Case number (if known) _____
       Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No.  Go to Part 8.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.
                                                              **$0.00**

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.  Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.
                                                              **$0.00**

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor     __Nofalia, Inc._____                    Case number (if known) _____
           Name

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **13059 Four Star Boulevard**<br>**Austin, Hays County, TX**<br>**Four Star** | Fee simple | | Appraisal | $8,600,000.00 |
| 55.2.  **901 Little Texas Lane**<br>**Austin, TX 78745**<br>**901 Little Texas Lane, Austin, TX**<br>**78745** | Fee simple | | | $2,500,000.00 |
| 55.3.  **400 W. 30th Street**<br>**402 W. 30th Street**<br>**409 W. 30th Street**<br>**3004 Hemphill Park**<br>**Austin, TX 78705**<br>**West 30th** | Fee simple | | Offer received | $2,500,000.00 |

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

     **$13,600,000.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |

| Debtor | **Nofalia, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**64.  Other intangibles, or intellectual property**

**65.  Goodwill**

**66.  Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

$0.00

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Nofalia, Inc.**                    Case number (if known) _____
            Name

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$550.99** | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| **83.** **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88.** **Real property.** *Copy line 56, Part 9*............................................ ➔ | | **$13,600,000.00** |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| **91.** **Total.** Add lines 80 through 90 for each column.  91a. | **$550.99** | + 91b. **$13,600,000.00** |
| **92.** **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92....................................................................... | | **$13,600,550.99** |

---

**Fill in this information to identify the case:**

Debtor name __**Nofalia, Inc.**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

---

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

---

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $107,100.84 | $8,600,000.00 |
| --- | --- | --- | --- |
| **Hays County Tax Assessor** | **Four Star** | | |

Creditor's mailing address
**195 Roger Hanks Pkwy.**

**Describe the lien**
**Property Taxes**

**Dripping Springs    TX    78620**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **2019**

Last 4 digits of account
number          **1  0  0  4**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1) JP Morgan Chase Bank; 2) Hays County Tax Assessor; 3) US Small Business Administration.**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $7,670,058.55

---

Debtor  **Nofalia, Inc.** _____  Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.2**  Creditor's name
**Horizon Bank**

Creditor's mailing address
**522 Congress Avenue, Ste. 100**

_____

**Austin**                 **TX**   **78701**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**1) Horizon Bank; 2) South Texas Business Fund.**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**West 30th**

Describe the lien
**Agreement**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$711,532.55**        **$2,500,000.00**

---

**2.3**  Creditor's name
**Jiffy Capital, LLC**

Creditor's mailing address
**2376 60th Street**

_____

**Brooklyn**            **NY**   **11204**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Personal Property**

Describe the lien
**UCC Lien / Agreement**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$560,194.00**        **$0.00**

---

Debtor    **Nofalia, Inc.**                                              Case number (if known) _____

| | | | |
|---|---|---|---|

**Part 1:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | *Amount of claim* <br> Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

**2.4**    Creditor's name
**JP Morgan Chase Bank**

Describe debtor's property that is subject to a lien                                   **$2,771,450.00**          **$8,600,000.00**

**Four Star**

Creditor's mailing address
**KY1-2514**

Describe the lien

**PO Box 33035**
**Real Estate Loan / Agreement**

_____

_____                 Is the creditor an insider or related party?

**Louisville            KY    40232**      ☑ No
Creditor's email address, if known         ☐ Yes

_____                 Is anyone else liable on this claim?

Date debt was incurred  _____      ☐ No

Last 4 digits of account                   ☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
number                  __ __ __ __

Do multiple creditors have an interest in  As of the petition filing date, the claim is:
the same property?                         Check all that apply.

☐ No                                       ☐ Contingent
☑ Yes.  Have you already specified the     ☐ Unliquidated
    relative priority?                     ☐ Disputed

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
        specified on lines  **2.1**

**2.5**    Creditor's name
**South Texas Business Fund**

Describe debtor's property that is subject to a lien                                   **$547,648.00**          **$2,500,000.00**

**901 Little Texas Lane, Austin, TX 78745**

Creditor's mailing address
**PO Box 830505**
Describe the lien

_____
**UCC Lien**

_____                 Is the creditor an insider or related party?

**San Antonio          TX    78283**       ☑ No
Creditor's email address, if known         ☐ Yes

_____                 Is anyone else liable on this claim?

Date debt was incurred  _____      ☐ No

Last 4 digits of account                   ☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
number                  __ __ __ __

Do multiple creditors have an interest in  As of the petition filing date, the claim is:
the same property?                         Check all that apply.

☐ No                                       ☐ Contingent
☑ Yes.  Have you already specified the     ☐ Unliquidated
    relative priority?                     ☐ Disputed

    ☑ No.  Specify each creditor, including this
        creditor, and its relative priority.

**1) Travis County; 2) Wells Fargo Bank, N.A.; 3) South Texas Business Fund.**

    ☐ Yes.  The relative priority of creditors is
        specified on lines  _____

Debtor    **Nofalia, Inc.**                                          Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.6** Creditor's name
**South Texas Business Fund**

Creditor's mailing address
**PO Box 830505**

_____

_____

**San Antonio        TX    78283**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
           specified on lines **2.2**

Describe debtor's property that is
subject to a lien
**West 30th**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$527,333.00        $2,500,000.00

---

**2.7** Creditor's name
**Travis County**

Creditor's mailing address
**% Travis Co. Atty's Office**

**P.O. Box 1748**

_____

**Austin              TX    78767**

Creditor's email address, if known

_____

Date debt was incurred   **2019**

Last 4 digits of account
number                    L   a   n   e

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
           specified on lines **2.5**

Describe debtor's property that is
subject to a lien
**901 Little Texas Lane, Austin, TX 78745**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$74,840.16         $2,500,000.00

**Little Texas Lane Prop Tax**

Debtor    **Nofalia, Inc.**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.8** Creditor's name
**US Small Business Administration**

Creditor's mailing address
**c/o Certified Development Corp.**

**1250 S. Capital of TX Hwy. #600**

_____

**Austin                TX    78746**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number               __ __ __ __

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
           specified on lines  **2.1**

Describe debtor's property that is
subject to a lien
**Four Star**

Describe the lien
**SBA Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$1,752,387.00**    Value of collateral: **$8,600,000.00**

---

**2.9** Creditor's name
**Wells Fargo Bank, N.A.**

Creditor's mailing address
**4406 Piedras Dr. West, Suite 100**

_____

**San Antonio        TX    78228**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number               __ 2 __ 5 __ 0 __ 4

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
           specified on lines  **2.5**

Describe debtor's property that is
subject to a lien
**Real Estate**

Describe the lien
**Real Estate**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$617,573.00**    Value of collateral: **$2,500,000.00**

Debtor  **Nofalia, Inc.**                                          Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| **C. Daniel Roberts** | | | Line __**2.2**__ | ___ ___ ___ ___ |
| **1602 E. Cesar Chavez** | | | | |
| **Austin** | **TX** | **78702** | | |
| **Jason Starks** | | | Line __**2.7**__ | ___ ___ ___ ___ |
| **Travis County Attorney's Office** | | | | |
| **PO Box 1748** | | | | |
| **Austin** | **TX** | **78767** | | |
| **Richard Dafoe** | | | Line __**2.4**__ | ___ ___ ___ ___ |
| **Vincent Serafino Geary Waddell Jenevein,** | | | | |
| **1601 Elm Street, Suite 1400** | | | | |
| **Dallas** | **TX** | **75201** | | |
| **Shanna Kaminski** | | | Line __**2.3**__ | ___ ___ ___ ___ |
| **Varnum, LLP** | | | | |
| **160 W. Fort St., 5th Floor** | | | | |
| **Detroit** | **MI** | **48226** | | |
| **Tara LeDay** | | | Line __**2.1**__ | ___ ___ ___ ___ |
| **McCreary, Veselka, Bragg & Allen, PC** | | | | |
| **PO Box 1269** | | | | |
| **Round Rock** | **TX** | **78680** | | |
| **Ted Ressler** | | | Line __**2.6**__ | ___ ___ ___ ___ |
| **1902 Oakshire** | | | | |
| **San Antonio** | **TX** | **78232-4934** | | |

Debtor    **Nofalia, Inc.** _____      Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ted Ressler** | Line **2.5** | ___ ___ ___ ___ |
| **1902 Oakshire** | | |
| | | |
| | | |
| **San Antonio**        **TX**    **78232-4934** | | |

**Fill in this information to identify the case:**

Debtor **Nofalia, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. **Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.** List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

Debtor    **Nofalia, Inc.**        Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,984.03** |
|---|---|---|---|

Check that all apply.

**Pedernales Electric Coop**

**P.O. Box 1**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Johnson City**      **TX**    **78636**      **Utilities**

Date or dates debt was incurred   _____    **Is the claim subject to offset?**

Last 4 digits of account number    **2**   **5**   **0**   **9**    ☑ No    ☐ Yes

**Location: 14300 ECHO BLF L87**

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,224.00** |
|---|---|---|---|

Check that all apply.

**WTCPUA - Bee Cave South**

**13215 Bee Cave Pkwy. Bldg. B, Ste 110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Bee Cave**      **TX**    **78738**      **Utilities**

Date or dates debt was incurred   _____    **Is the claim subject to offset?**

Last 4 digits of account number    \_\_ \_\_ \_\_ \_\_    ☑ No    ☐ Yes

Debtor      **Nofalia, Inc.**                                     Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+ $5,208.03** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$5,208.03** |

**Fill in this information to identify the case:**

Debtor name        **Nofalia, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)                                          Chapter    **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.   **List all contracts and unexpired leases**                          **State the name and mailing address for all other**
**parties with whom the debtor has an executory**
**contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name      **Nofalia, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Cynthia Haddock** | **2624 N. Altamont Street**<br>Number        Street<br><br>**Spokane**          **WA**  **99207**<br>City                    State  ZIP Code | **Jiffy Capital, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Gary W. Truesdell** | **8133 N. Mesa Dr., Suite 206**<br>Number        Street<br><br>**Austin**              **TX**  **78759**<br>City                    State  ZIP Code | **Jiffy Capital, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **Trudy's Texas Star, Inc.** | **8133 N. Mesa, Suite 206**<br>Number        Street<br><br>**Austin**              **TX**  **78759**<br>City                    State  ZIP Code | **Jiffy Capital, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 **Trudy's Texas Star, Inc.** | **8133 N. Mesa, Suite 206**<br>Number        Street<br><br>**Austin**              **TX**  **78759**<br>City                    State  ZIP Code | **JP Morgan Chase Bank** | ☑ D<br>☐ E/F<br>☐ G |

Debtor     **Nofalia, Inc.**_____     Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| **2.5** Trudy's Texas Star, Inc. | **8133 N. Mesa, Suite 206**<br>Number  Street<br><br>**Austin**    **TX**   **78759**<br>City    State   ZIP Code | **South Texas Business Fund** | ☑ D<br>☐ E/F<br>☐ G |
| **2.6** Trudy's Texas Star, Inc. | **8133 N. Mesa, Suite 206**<br>Number  Street<br><br>**Austin**    **TX**   **78759**<br>City    State   ZIP Code | **South Texas Business Fund** | ☑ D<br>☐ E/F<br>☐ G |
| **2.7** Trudy's Texas Star, Inc. | **8133 N. Mesa, Suite 206**<br>Number  Street<br><br>**Austin**    **TX**   **78759**<br>City    State   ZIP Code | **US Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| **2.8** Trudy's Texas Star, Inc. | **8133 N. Mesa, Suite 206**<br>Number  Street<br><br>**Austin**    **TX**   **78759**<br>City    State   ZIP Code | **Wells Fargo Bank, N.A.** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name __**Nofalia, Inc.**__

United States Bankruptcy Court for the:  __**WESTERN DISTRICT OF TEXAS**__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:  Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B................................................................................................  | **$13,600,000.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B..............................................................................................  | **$550.99**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B................................................................................................  | **$13,600,550.99**

## Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.....................  | **$7,670,058.55**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.........................................................  | **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...............................  **+** | **$5,208.03**

4.  **Total liabilities**
    Lines 2 + 3a + 3b...................................................................................................................  | **$7,675,266.58**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Nofalia, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/12/2020**          X **/s/ Stephen Truesdell** _____
     MM / DD / YYYY          Signature of individual signing on behalf of debtor

                  **Stephen Truesdell** _____
                  Printed name
                  **Authorized Representative** _____
                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Nofalia, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jiffy Capital, LLC 2376 60th Street Brooklyn, NY  11204 | | UCC Lien | | $560,194.00 | $0.00 | $560,194.00 |
| 2 | Pedernales Electric Coop P.O. Box 1 Johnson City, TX  78636 | | Utilities | | | | $3,984.03 |
| 3 | WTCPUA - Bee Cave South 13215 Bee Cave Pkwy. Bldg. B, Ste 110 Bee Cave, TX 78738 | | Utilities | | | | $1,224.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Nofalia, Inc.**                                                 CASE NO

                                                                          CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

　　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  2/12/2020 _____                Signature  _/s/ Stephen Truesdell_____
                                                                          **_Stephen Truesdell_**
                                                                          **_Authorized Representative_**


Date  _____                Signature  _____

C. Daniel Roberts
1602 E. Cesar Chavez
Austin, TX 78702


Cynthia Haddock
2624 N. Altamont Street
Spokane, WA 99207


Gary W. Truesdell
8133 N. Mesa Dr., Suite 206
Austin, TX 78759


Hays County Tax Assessor
195 Roger Hanks Pkwy.
Dripping Springs, TX 78620


Horizon Bank
522 Congress Avenue, Ste. 100
Austin, TX 78701


Jason Starks
Travis County Attorney's Office
PO Box 1748
Austin, TX 78767


Jiffy Capital, LLC
2376 60th Street
Brooklyn, NY  11204


JP Morgan Chase Bank
KY1-2514
PO Box 33035
Louisville, KY 40232


Pedernales Electric Coop
P.O. Box 1
Johnson City, TX  78636

Richard Dafoe
Vincent Serafino Geary Waddell Jenevein,
1601 Elm Street, Suite 1400
Dallas, TX 75201


Shanna Kaminski
Varnum, LLP
160 W. Fort St., 5th Floor
Detroit, MI 48226


South Texas Business Fund
PO Box 830505
San Antonio, TX  78283



Tara LeDay
McCreary, Veselka, Bragg & Allen, PC
PO Box 1269
Round Rock, TX 78680


Ted Ressler
1902 Oakshire
San Antonio, TX 78232-4934



Travis County
% Travis Co. Atty's Office
P.O. Box 1748
Austin, Texas 78767


Trudy's Texas Star, Inc.
8133 N. Mesa, Suite 206
Austin, TX 78759



US Small Business Administration
c/o Certified Development Corp.
1250 S. Capital of TX Hwy. #600
Austin, TX 78746


Wells Fargo Bank, N.A.
4406 Piedras Dr. West, Suite 100
San Antonio, TX 78228

```
WTCPUA - Bee Cave South
13215 Bee Cave Pkwy. Bldg. B, Ste 110
Bee Cave, TX 78738
```